**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6332**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEREK EUGENE MATTISON,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Richard L. Voorhees, District Judge. (CR-92-153, CA-96-137-1-V)

───────────────

Submitted: July 22, 1999            Decided: July 27, 1999

───────────────

Before ERVIN,[*] HAMILTON, and TRAXLER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Derek Eugene Mattison, Appellant Pro Se. Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

───────────────

[*] Judge Ervin did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

--------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derek E. Mattison seeks to appeal an order of the district court denying his motion to reconsider its prior order denying his request to correct the judgment and commitment order of his 1993 federal convictions. We review the district court's denial of a motion to reconsider for abuse of discretion. Pacific Ins. Co. v. American Nat. Fire Ins. Co., 148 F.3d 396, 402 (4th Cir. 1998), cert. denied, ___ U.S. ___, 67 U.S.L.W. 3457 (U.S. Jan. 19, 1999) (No. 98-742). Finding no such abuse of discretion here, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and oral argument would not aid the decisional process.

DISMISSED

2